UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME C. SCHLACK,

     Plaintiff(s),

v.

MILAN AREA SCHOOLS,

     Defendant(s).

Case No. 25-cv-10953

Honorable Robert J. White

**STIPULATED QUALIFIED PROTECTIVE ORDER PERMITTING DEFENSE COUNSEL TO DEPOSE PLAINTIFF'S TREATING PHYSICIANS AND MEDICAL PROVIDERS**

Plaintiff Jamie Schlack and Defendant Milan Area Schools, by and through their respective counsel, stipulate and agree to the entry of this Qualified Protective Order, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendants are granted a Qualified Protective Order to conduct depositions of Plaintiff's treating physicians and medical providers, provided Defendant:

1) Does not disclose Plaintiff's protected health information beyond the purpose of the litigation;

2) Returns or destroys any protected health information obtained

pursuant to this Order after the litigation has concluded;

3) Advises any treating physician that the deposition is being conducted by defense counsel and the physician may have his or her own counsel present; and

4) Provides a copy of this Order to any treating physician a with the subpoena for their deposition.

SO ORDERED.

Dated: April 23, 2026                  s/Robert J. White
                                       Robert J. White
                                       United States District Judge

**STIPULATED TO:**

/s/ Leo Januszewski (*with consent*)     /s/ Travis M. Comstock
David Nacht (P47034)                     Timothy J. Mullins (P28021)
Leo Januszewski (P44631)                 Kenneth B. Chapie (P66148)
Fabiola A. Galguera (P84212)             Travis M. Comstock (P72025)
Grace Cathryn Cretcher

NACHTLAW, P.C.                           GIARMARCO, MULLINS, & HORTON, P.C.
*Attorneys for Plaintiff*                *Attorneys for Defendant*
501 Avis Drive, Suite 3                  101 W. Big Beaver Road, 10th Floor
Ann Arbor, MI 48108                      Troy, MI 48084
(734) 663-7550                           (248) 457-7036
dnacht@nachtlaw.com                      tmullins@gmhlaw.com
fgalguera@nachtlaw.com                   kchapie@gmhlaw.com
januszewski@nachtlaw.com                 tcomstock@gmhlaw.com
gcretcher@nachtlaw.com

2