UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME SCHLACK,

     Plaintiff,

v.

MILAN AREA SCHOOLS,

     Defendant.

Case No. 25-cv-10953

Honorable Robert J. White

**ORDER GRANTING DEFENDANT'S MOTION TO ENFORCE SUBPOENA AND COMPEL PRODUCTION OF DOCUMENTS**

Jaime Schlack commenced this employment discrimination action against the Milan Area School District.  Schlack claims that the school district failed to accommodate her disabilities and, on several occasions, created situations that triggered a mental health crisis on the school premises.  She eventually resigned from her teaching position.  The complaint alleges causes of action for violations of the Americans with Disabilities Act (discrimination), Section 504 of the Rehabilitation Act (discrimination), and Michigan's Persons with Disabilities Civil Rights Act (discrimination).

Before the Court is the School District's motion to enforce the subpoena it issued to Schlack's licensed marriage therapist, Thomas Kennedy. (ECF No. 22).

Neither Schlack nor Kennedy moved to quash the subpoena.  The Court held a hearing on the motion on April 23, 2026.  For the reasons stated on the record, it is hereby,

ORDERED that the School District's motion to enforce the subpoena issued to Thomas Kennedy, LMFT (ECF No. 22) is granted.

IT IS FURTHER ORDERED that Mr. Kennedy is directed to produce all the materials that fall within the subpoena's scope.

IT IS FURTHER ORDERED that the materials Mr. Kennedy produces shall be subject to the terms of the stipulated confidentiality agreement and protective order already entered in this case. (ECF No. 13).

Dated: April 24, 2026                          s/ Robert J. White
                                                            Robert J. White
                                                            United States District Judge

2